**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFREN CONTRERAS,<br>Petitioner,<br>v.<br>WARDEN OF THE MESA VERDE DETENTION FACILITY, et al.<br>Respondents. | Case No. 1:26-cv-05834 JLT FJS<br>A- Number: 098-179-351<br>ORDER DISMISSING PETITION AS DUPLICATIVE AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |

Efren Contreras, an immigration detainee, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on July 27, 2026. (Doc. 1.) The petition raises the same claim as a petition previously filed in Case No. 1:26-cv-04304 NW on June 4, 2026, which remains pending before the Court. As the petition includes the same claims and seeks the same relief, the matter is duplicative. The Court **ORDERS**:

1. The petition is **DISMISSED** as duplicative of Case No. 1:26-cv-04304 NW.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _July 29, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE